IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

YURIY PINKHASOV

    Plaintiff

v.

ALLSTATE PROPERTY AND
CASUALTY CO.

    Defendant

3:11-cv-0171
(JUDGE MARIANI)

FILED
SCRANTON

OCT 19 2012

PER _____
DEPUTY CLERK

## ORDER

**AND NOW, THIS 19th DAY OF OCTOBER, 2012, IT IS HEREBY ORDERED:**

1. Defendant's Motion for Summary Judgment (Doc. 19) is **DENIED**.

2. The matter will be set for trial.

Robert D. Mariani
United States District Judge